

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN JOSE CABRERA,<br><br>　　　　　　Defendant. | NO.: CR 08-00118-ABC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his/her supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1 | released under 18 U.S.C. § 3142(b) or (c).  This finding is
2 | based on his failure to proffer any evidence to meet his burden
3 | on this issue.
4 | and
5 | B.  (X)  The defendant has not met his burden of establishing by
6 | clear and convincing evidence that he is not likely to pose a
7 | danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c).  This finding is
9 | based on his failure to proffer any evidence to meet his burden
10 | on this issue.
11 | IT THEREFORE IS ORDERED that the defendant be detained pending
12 | the further revocation proceedings.

DATED: December 16, 2011

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE